# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128558 & (45)

HELEN KENNEDY,
       Plaintiff-Appellee,

v

FRANKWOOD MANAGEMENT CO., INC.,
WARRENWOODS APARTMENTS, INC.,
SATOVSKY FAMILY L.L.C., SATOVSKY
INVESTMENTS, L.L.C., SATOVSKY
MANAGEMENT COMPANY, LESTER
SATOVSKY, ABRAHAN SATOVSKY,
and NEIL SATOVSKY,
       Defendants-Appellants.

SC: 128558
COA: 251565
Wayne CC: 02-222435-NO

_____/

      On order of the Court, the application for leave to appeal the March 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to enlarge record on appeal is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005 _____

d1024

_____
Clerk